# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., and APOTEX CORP., <br><br> Defendants. | C.A. No. 25-74-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 25-75-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 25-79-JLH <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC and Defendants Apotex Inc., Apotex Corp., Slayback Pharma LLC, Azurity Pharmaceuticals, and Baxter Healthcare Corporation, and subject to the approval of the Court, that the deadline for

ME1 53133988v.1

the parties to submit (i) a proposed Scheduling Order; and (ii) a joint letter setting forth (a) a description of the case; (b) the parties' positions regarding any disputes in the proposed Scheduling Order; and (c) a list of any other issues the parties want to address at the Rule 16 Scheduling Conference (*see* D.I. 11 in C.A. No. 25-74; D.I. 15 in C.A. No. 25-75; D.I. 8 in C.A. No. 25-79) is extended to and including May 21, 2025 (from May 14, 2025).

Dated:  May 14, 2025

| **MCCARTER & ENGLISH, LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| */s/ Alexandra M. Joyce*<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Maliheh Zare (#7133)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>mzare@mccarer.com<br><br>*Attorneys for Plaintiffs* | */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Andrew M. Moshos (#6685)<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br>amoshos@potteranderson.com<br><br>*Attorneys for Defendant Baxter Healthcare Corporation* |
| **MORRIS JAMES LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Kenneth L. Dorsney*<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | */s/ Daniel A. Taylor*<br>Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.* |

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

ME1 53133988v.1