# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., and APOTEX CORP., <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., and EAGLE SUB1 LLC<br><br>             Plaintiffs,<br><br>      v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>             Defendants. | C.A. No. 25-74-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>             Defendants. | C.A. No. 25-75-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., and EAGLE SUB1 LLC<br><br>             Plaintiffs,<br><br>      v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>             Defendant. | C.A. No. 25-79-JLH<br><br>**JURY TRIAL DEMANDED** |

2

## [PROPOSED] SCHEDULING ORDER REGARDING
## CASE CONSOLIDATION AND COORDINATION

WHEREAS, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle"), having filed herewith its Letter to the Honorable Jennifer L. Hall regarding Scheduling Discovery Dispute requesting that the Court consolidate the above-captioned cases;

WHEREAS, it would serve judicial economy for these actions to be coordinated, consolidated, and a joint schedule be entered;

**A. The Apotex Actions (C.A. Nos. 24-64 & 25-74)**

WHEREAS, Plaintiffs filed Civil Action No. 24-64 against Apotex Inc. and Apotex Corp. (collectively, "Apotex"), alleging infringement of United States Patent Nos. 11,844,783 (the "'783 patent") and 11,872,214 (the "'214 patent") (*see* D.I. 1 in C.A. No. 24-64 as amended at D.I. 22);

WHEREAS, Plaintiffs subsequently filed Civil Action No. 25-74 against Apotex, alleging infringement of United States Patent No. 12,138,248 (the "'248 patent") (*see* D.I. 1 in C.A. No. 25-74 as amended at D.I. 12);

WHEREAS, Civil Action Nos. 24-64 & 25-74 are referred to as the "Apotex Actions"; and

WHEREAS, the Apotex Actions each involve common issues of law and fact and consolidation will enable more efficient case management by the Court and avoid unnecessary costs and delays by avoiding duplicative discovery and proceedings in each case;

**B. The Slayback Actions (C.A. Nos. 24-65 & 25-75)**

WHEREAS, Plaintiffs filed Civil Action No. 24-65 against Slayback Pharma LLC, alleging infringement of the '783 patent and the '214 patent (*see* D.I. 1 in C.A. No. 24-65 as amended at D.I. 17);

WHEREAS, Plaintiffs subsequently filed Civil Action No. 25-75 against Slayback Pharma LLC and Azurity Pharmaceuticals, Inc., alleging infringement of the '248 patent (*see* D.I. 1 in

3

C.A. No. 25-75 as amended at D.I. 6);

WHEREAS, Civil Action Nos. 24-65 & 25-75 are referred to as the "Slayback Actions"; and

WHEREAS, the Slayback Actions each involve common issues of law and fact and consolidation will enable more efficient case management by the Court and avoid unnecessary costs and delays by avoiding duplicative discovery and proceedings in each case;

### C. The Baxter Actions (C.A. Nos. 24-66 & 25-79)

WHEREAS, Plaintiffs filed Civil Action No. 24-66 against Baxter Healthcare Corporation ("Baxter"), alleging infringement of the '783 patent and the '214 patent (*see* D.I. 1 in C.A. No. 24-66 as amended at D.I. 18);

WHEREAS, Plaintiffs subsequently filed Civil Action No. 25-79 against Baxter, alleging infringement of the '248 patent (*see* D.I. 1 in C.A. No. 25-79 as amended at D.I. 13);

WHEREAS, Civil Action Nos. 24-66 & 25-79 are referred to as the "Baxter Actions"; and

WHEREAS, the Baxter Actions each involve common issues of law and fact and consolidation will enable more efficient case management by the Court and avoid unnecessary costs and delays by avoiding duplicative discovery and proceedings in each case;

WHEREAS, the Court having considered the parties' submissions and arguments;

\* \* \*

IT IS HEREBY ORDERED this _____ day of _____, 2025 as follows:

1. Eagle's request for entry of the below case consolidation and modified scheduling order is GRANTED.

2. The cases are consolidated and the scheduling order is modified as follows:

### A. Consolidation of the Apotex Actions (C.A. Nos. 24-64 & 25-74)

1. Pursuant to Federal Rule of Civil Procedure 42(a), the Apotex Actions are consolidated for all purposes;

2. Civil Action No. 24-64-JLH shall be the lead case, and all future filings in the Apotex Actions shall be made only in Civil Action No. 24-64-JLH (the "Consolidated Apotex Action"), and all future filings shall contain only the caption for the Consolidated Apotex Action.

B. **Consolidation of the Slayback Actions (C.A. Nos. 24-65 & 25-75)**

1. Pursuant to Federal Rule of Civil Procedure 42(a), the Slayback Actions are consolidated for all purposes;

2. Civil Action No. 24-65-JLH shall be the lead case, and all future filings in the Slayback Actions shall be made only in Civil Action No. 24-65-JLH (the "Consolidated Slayback Action"), and all future filings shall contain only the caption for the Consolidated Slayback Action.

C. **Consolidation of the Baxter Actions (C.A. Nos. 24-66 & 25-79)**

1. Pursuant to Federal Rule of Civil Procedure 42(a), the Baxter Actions are consolidated for all purposes;

2. Civil Action No. 24-66-JLH shall be the lead case, and all future filings in the Baxter Actions shall be made only in Civil Action No. 24-66-JLH (the "Consolidated Baxter Action"), and all future filings shall contain only the caption for the Consolidated Baxter Action.

D. **Coordination of the Consolidated Actions**

1. Although the Consolidated Apotex Action, Consolidated Slayback Action, and Consolidated Baxter Action will not themselves be consolidated, because these cases

share a common nucleus of facts, discovery, and pre-trial proceedings in the three consolidated actions should be coordinated to the extent reasonably practicable.[1] Accordingly, the Consolidated Apotex Action, Consolidated Slayback Action, and Consolidated Baxter Action shall be coordinated for all pre-trial purposes.

2. All claim construction rulings issued by the Court from the previous claim construction hearing held on January 30, 2025 in C.A. 24-64-JLH; 24-65-JLH; 24-66-JLH (the "'783 and '214 Patent Actions") shall apply equally in C.A. 25-74-JLH; 25-75-JLH; 25-79-JLH (the "'248 Patent Actions") and no new terms need to be construed in the '248 Patent Actions.

3. The protective order entered in the '783 and '214 Patent Actions shall apply equally to the '248 Patent Actions.

4. The scheduling order entered in the '783 and '214 Patent Actions and all deadlines and discovery limits set forth therein shall apply equally to the '248 Patent Actions. In order to facilitate the consolidation and coordination of these cases consistent with this Order, the following amendments will apply to the coordinated case schedule, which shall apply in the Consolidated Apotex Action, Consolidated Slayback Action, and Consolidated Baxter Action:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiffs to Produce Initial Infringement Claim Chart for the '248 Patent | -- | Within 5 days of the date the Court enters this Order |
| Defendants to Produce Initial Invalidity Contentions and Invalidating References for the '248 Patent | -- | Within 30 days of the date that Plaintiffs serve their Initial Infringement Claim Chart for the '248 Patent |

---

[1] Prior to the entry of this consolidation Order, the original Civil Action Nos. 24-64, 24-65, and 24-66 were already coordinated for scheduling purposes.

6

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Defendants' Final Identification of Invalidity References | Friday, June 13, 2025 | No change |
| Plaintiff's Final Identification of Accused Products | Friday, June 13, 2025 | No change |
| Plaintiff's Produce Final Infringement Contentions | Wednesday, June 18, 2025 | No change |
| Defendants' Produce Final Invalidity Contentions | Wednesday, July 2, 2025 | No change |
| Defendants Supplement Responses to Plaintiff's Final Infringement Contentions | Friday, July 11, 2025 | No change |
| Plaintiff Supplement Responses to Defendants' Final Invalidity Contentions | Wednesday, July 23, 2025 | No change |
| Close of Fact Discovery | Friday, August 1, 2025 | No change |
| Opening Expert Reports | Friday, September 5, 2025 | No change |
| Rebuttal Expert Reports | Friday, October 10, 2025 | No change |
| Reply Expert Reports | Friday, November 7, 2025 | No change |
| Close of Expert Discovery | Friday, December 12, 2025 | No change |
| Dispositive Motions and *Daubert Motions* | Friday, January 23, 2026 | No change |
| Answering Dispositive Motions and *Daubert* Motions | Friday, February 20, 2026 | No change |
| Reply Dispositive Motions and *Daubert* Motions | Friday, March 6, 2026 | No change |
| Hearing on Dispositive Motions and Daubert Motions | May 27, 2026 at 10 a.m. | No change |
| Parties to File Joint Proposed Final Pretrial Order | 7 days before Pretrial Conference | No change |
| Parties to File Proposed Jury Instructions, Voir Dire, Verdict Forms | 7 days before Pretrial Conference | No change |
| Final Pretrial Conference in *Eagle Pharmaceuticals Inc. v. Apotex, Inc.,* No. 24-64-JLH | July 13, 2026 at 3:00 p.m. | No change |
| Trial Begins in *Eagle Pharmaceuticals Inc. v. Apotex, Inc.,* No. 24-64-JLH | July 20, 2026 | No change |

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Final Pretrial Conference in *Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, No. 24-65-JLH | September 22, 2026 at 3:00 p.m. | No change |
| Trial Begins in *Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, No. 24-65-JLH | September 28, 2026 | No change |
| Final Pretrial Conference in *Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp.*, No. 24-66-JLH | December 7, 2026 at 3:00 p.m. | No change |
| Trial Begins in *Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp.*, No. 24-66-JLH | December 14, 2026 | No change |
| Joint Form of Order to Enter Judgment on the Verdict | 7 days after verdict | No change |
| Joint Status Report re Post-Trial Motions | 7 days after verdict | No change |

_____   _____
DATE                        UNITED STATES DISTRICT JUDGE