# EXHIBIT E

**DOCKET NO.:** 107071.001406                                       **PATENT**
**Application No.:** 18/646,329
**Office Action Dated: October 11, 2024**

This listing of claims will replace all prior versions, and listings, of claims in the application.

**Listing of Claims:**

1.      (*Original*) A method of treating cancer in a human in need thereof comprising providing
        a liquid bendamustine-containing composition comprising

        bendamustine, or a pharmaceutically acceptable salt thereof, wherein the
        bendamustine concentration in the composition is from about 20 mg/mL to about
        60 mg/mL,
        a pharmaceutically acceptable fluid consisting of polyethylene glycol and
        optionally one or more of propylene glycol, ethanol, benzyl alcohol and
        glycofurol; and
        a stabilizing amount of an antioxidant
        wherein the total impurities in the liquid bendamustine-containing composition
        resulting from the degradation of the bendamustine is less than about 5% peak
        area response, as determined by HPLC at a wavelength of 223 nm after at least
        about 15 months at a temperature of about 5° C to about 25° C;
    diluting the liquid bendamustine containing composition; and
    intravenously administering the diluted composition to the human.


2.      (*Original*) The method of claim 1, wherein the liquid bendamustine containing
composition is diluted with about 50 mL of a diluent.


3.      (*Original*) The method of claim 1, wherein the concentration of bendamustine in the
liquid bendamustine-containing compositions is about 25 mg/ml.


4.      (*Original*) The method of claim 1, wherein the concentration of bendamustine in the
liquid bendamustine-containing composition is 25 mg/ml.


5.      (*Original*) The method of claim 1, wherein the liquid bendamustine-containing
composition includes 100 mg of bendamustine at a concentration of 25 mg/mL.

4870-3905-0481.1

DOCKET NO.:  107071.001406                                                          PATENT
Application No.:  18/646,329
Office Action Dated:  October 11, 2024

6.      (*Original*) The method of claim 1, wherein the antioxidant is monothioglycerol.

7.      (*Original*) The method of claim 1, wherein the antioxidant in the liquid bendamustine containing composition is monothioglycerol in a concentration of about 5 mg/mL.

8.      (*Original*) The method of claim 1, wherein the liquid bendamustine-containing composition is stable for at least about 15 months at 5° C or for at least about 15 months at 25° C, prior to dilution.

9.      (*Original*) The method of claim 1, wherein the liquid bendamustine-containing composition further comprises ethanol.

10.     (*Original*) The method of claim 1, wherein the liquid bendamustine-containing composition is packages in a sterile vial.

11.     (*Original*) A method of treating cancer in a human in need thereof comprising
        providing a liquid bendamustine-containing composition packaged in a sterile vial and comprising

        100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, at a concentration of about 25 mg/mL;

        a pharmaceutically acceptable fluid consisting of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and

        a stabilizing amount of an antioxidant that is monothioglycerol;

        wherein the total impurities in the liquid bendamustine-containing composition resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C or for at least about 15 months at 25° C;

    diluting the liquid bendamustine containing composition with about 50 mL of a diluent;

4870-3905-0481.1

**DOCKET NO.:**  107071.001406                                                                **PATENT**
**Application No.:**  18/646,329
**Office Action Dated:  October 11, 2024**

and intravenously administering the diluted composition to the human.

12.        (***Original***) The method of claim 11, wherein the liquid bendamustine-containing composition comprises 100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, at a concentration of 25 mg/mL.

13.        (***Original***) The method of claim 11, wherein the liquid bendamustine-containing composition further comprises ethanol.

14.        (***Original***) The method of claim 11, wherein the liquid bendamustine containing composition is diluted with about 50 mL of a diluent.

4870-3905-0481.1